# JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS WILLARD, ) | CASE NO. ED-CV-13-262 JGB (DTBx) |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] |
| vs. ) | ORDER |
| ) | |
| FOREMOST INSURANCE COMPANY, ) | |
| Defendant. ) | |

Pursuant to the Stipulation entered into between the parties, the Court approves that stipulation and hereby dismisses this entire action, with prejudice.

DATED: July 18, 2014.

_____
JESUS G. BERNAL
Judge, United States District Court

[~~Proposed~~] Order - 1